| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gardner, James, Knoll | 2. Court or Organization<br><br>Eastern District of PA | 3. Date of Report<br><br>07/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Edward N. Cahn U.S. Courthouse<br>504 W. Hamilton Street, #4701<br>Allentown, PA 18101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Officer, Director | Allentown Symphony Association |
| 2.   Director | Boys and Girls Club of Allentown, Inc. |
| 3.   Director | Police Athetic League, Inc. |
| 4.   General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | |
| 3. | |

Gardner , James , Knoll

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | self-employed piano teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association (NYIPLA) | March 26-27, 2010 | New York City, NY | 88th Annual Dinner (see Part VIII) | Transportation, Food and Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Asset Resources, Inc. (See Part VIII) | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | O |
| 2. | Chase Card Services | Credit Card (Visa) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | D | Rent | O | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank Accounts | A | Interest | L | T | | | | | |
| 4. Brokerage Account #1: | | | | | | | | | |
| 5. CITIBANK NA South Dakota- Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fd. (See Part VIII) | A | Dividend | J | T | | | | | |
| 7. Calamos Convertible & High Income Fund - Closed End Fund | A | Dividend | J | T | | | | | |
| 8. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 9. Wells Fargo Company - Corporate Bond | A | Interest | J | T | | | | | |
| 10. Calamos Strategic Total Return Fund - Closed End Fund | A | Dividend | J | T | | | | | |
| 11. Eaton Vance Tax Eqty. Inc. Fd.- Closed End Fund | B | Dividend | J | T | | | | | |
| 12. NuStar Energy L.P. - Common Stock | A | Int./Div. | J | T | | | | | |
| 13. BT Group PLC ADR - USD - Common Stock | A | Dividend | J | T | | | | | |
| 14. BlackRock Global Alloc. Fd - Mut. Fd. (See Part VIII) | A | Dividend | K | T | | | | | |
| 15. BlackRock Global Alloc. Fd. - Mut. Fd. (See Part VIII) | | None | K | T | Buy | 11/18/10 | J | | N/A |
| 16. CITIBANK NA-NV *C* - Cert. of Deposit (Y) (See Part VIII) | | | | | Matured | 07/22/10 | J | | N/A |
| 17. Intel Corporation - Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. McDonalds Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 19. Merck & Company, Inc. - Common Stock (Y) (See Part VIII) | A | Dividend | | | Sold | 04/23/10 | J | | N/A |
| 20. Teva Pharmaceutical Industries - Common Stock | A | Dividend | J | T | | | | | |
| 21. Baron Growth Fund-Mutual Fund | | None | J | T | | | | | |
| 22. Eaton Vance Large-Cap Value Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Janus Forty Class S - Mutual Fund | | None | J | T | | | | | |
| 24. Lazard Emerging Markets Port Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 25. Pimco Total Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 26. Pimco Commodity Real Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 27. T Rowe Int'l Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Royce Premier Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 29. West Perry Schl. Dist. Bond - Municipal Bond | A | Interest | K | T | | | | | |
| 30. New York Commun. Bank-NY - Cert. of Dep. (Y) (See Pt. VIII) | A | Interest | | | Matured | 01/22/10 | J | | N/A |
| 31. Branch Banking & Trust Co.- Cert. of Dep. (Y) (See Pt. VIII) | A | Interest | | | Matured | 04/22/10 | J | | N/A |
| 32. Midfirst Bank-OK - Cert. of Dep. (Y) (See Part VIII) | | | | | | | | | |
| 33. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 34. Magellan Midstream Partners LP - Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 36. DWS Floating Rate Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 37. DWS Municipal Bond Fund Class C - Mutual Fund | A | Interest | J | T | Buy | 04/23/10 | J | | N/A |
| 38. Mainstay Corporate Bond Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 39. End of Brokerage Account #1 | | | | | | | | | |
| 40. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |
| 41. Brokerage Account #3 (Custodial Account #2) redeemed 8/28/07 | | | | | | | | | |
| 42. Brokerage Account #4: | | | | | | | | | |
| 43. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 44. LM Clearbridge Apprec. Fd. Cl. A-Mut. Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 45. LM CBA Equity Inc. Fd. Cl. B - Mutual Fund (See Part VIII) | A | Dividend | | | Sold | 04/23/10 | J | | N/A |
| 46. Eaton Vance Global Return Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/26/10 | J | | N/A |
| 47. End of Brokerage Account #4 | | | | | | | | | |
| 48. Time Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 49. IRA #2 | | | | | | | | | |
| 50. Royce Total Return Fund Consultant - Mutual Fund | A | Dividend | J | T | | | | | |
| 51. Invesco Van Kampen Eq.& Inc. Fd. Cl. C-Mut. Fd. (See VIII) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. American Funds-Growth Fund of America Class C - Mutual Fund | A | Dividend | K | T | | | | | |
| 53. Oppenheimer Developing Markets Fund Class C - Mutual Fund | | None | J | T | | | | | |
| 54. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 55. Lord Abbett Cap. Str. Fd. Cl. C - Mut. Fd. (See Part VIII) | | | | | | | | | |
| 56. Government National Mortgage Association Class JB - Bond | A | Interest | | | Redeemed | 08/20/10 | J | | N/A |
| 57. CITIBANK NA South Dakota - Bank Deposit Program | A | Interest | K | T | | | | | |
| 58. Cisco Systems Inc. - Common Stock | | None | J | T | | | | | |
| 59. BlackRock Global Allocation Fund Inc. - Mutual Fund | A | Dividend | K | T | | | | | |
| 60. Putnam Asset Allocation Balanced Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 61. Consolidated Edison Inc. - Common Stock | A | Dividend | J | T | Buy | 04/27/10 | J | | N/A |
| 62. GNMA REMIC-Series 2004-75 Class 75-NG-Asset Backed Security | A | Interest | K | T | | | | | |
| 63. Ginnie Mae Series 2009-88 Class KD-Asset Backed Security | A | Interest | J | T | | | | | |
| 64. Bond Fund of America Class C - Mutual Fund | A | Dividend | K | T | | | | | |
| 65. GNMA REMIC-Series 2010-59 Class CA-Asset Backed Security | A | Interest | J | T | Buy | 04/27/10 | J | | N/A |
| 66. End of IRA #2 | | | | | | | | | |
| 67. New York Life Whole Life | A | Dividend | L | T | | | | | |
| 68. Brokerage Account #5: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AB Intermed. Bond Fund Class A - Mut. Fd. (See Part VIII) | A | Dividend | | | Sold | 04/22/10 | J | | N/A |
| 70. AB Growth & Income Fund Class A - Mutual Fund | | None | | | Sold | 04/22/10 | J | | N/A |
| 71. AB Small and Mid Cap Value Fund - Class A - Mutual Fund | | None | | | Sold | 04/22/10 | J | | N/A |
| 72. AB Int'l Growth Fund Class A - Mutual Fund | | None | | | Sold | 04/22/10 | J | | N/A |
| 73. AB Growth Fund Class A - Mutual Fund | | None | | | Sold | 04/22/10 | J | | N/A |
| 74. AB Small Cap Growth Fund Class A - Mutual Fund | | None | | | Sold | 04/22/10 | J | | N/A |
| 75. End of Brokerage Account #5 | | | | | | | | | |
| 76. KNBT Bank Accounts | B | Interest | K | T | | | | | |
| 77. Rental Property #2, Lehigh County, PA (2006 $250,000) | D | Rent | M | R | | | | | |
| 78. Fun $ Investment Club - Partnership | A | Int./Div. | J | T | | | | | |
| 79. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 80. Fidelity Mutual Life Insurance Co. - whole life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Re Part IV, Line I: The Annual Dinner at the meeting of the New York Intellectual Property Law Association (NYIPLA) held March 26 and 27, 2010 in New York City, NY, is properly described in the within 2010 Financial Disclosure Report in Part IV, Line I (Page 2 of 11) as the "88th Annual Dinner". In Part IV, Line I of the 2009 Financial Disclosure Report (Page 2 of 11), the Annual Dinner at the meeting of NYIPLA, held March 27 and 28, 2009, was incorrectly described as the "86th Annual Dinner". However, Part IV, Line I, Column Heading "PURPOSE" in the 2009 Financial Disclosure Report should read" "87th Annual Dinner".

2. Re Part VI, Line I: In Part VI, Line I of the within 2010 Financial Disclosure Report (Page 3 of 11), the "CREDITOR" is described as Prudential Asset Resources, Inc. In Part VI, Line I of the 2009 Financial Disclosure report (Page 3 of 11) the "CREDITOR' is described as Johnson Capital. Effective April 16, 2010, the servicing of this mortgage was transferred from Johnson Capital Group, Inc. to Prudential Asset Resources, Inc.

3. Re Part VII, Line 6: The abbreviation "LM" means Legg Mason.

4. Re Part VII, Lines 14 and 15: Shares of BlackRock Global Allocation Fund - Mutual Fund ("BlackRock") were purchased each month from October 2008 through May 2009, and in November 2010. The 2008 purchases were reported on Part VII, Lines 30, 31 and 32 of the 2008 Financial Disclosure Report (Page 5 of 10); and the 2009 purchases were reported in Part VII, Lines 18, 19, 20, 21 and 22 of the 2009 Financial Disclosure Report (Page 5 of 11).

The shares purchased in October, November and December 2008 were re-reported in the 2009 Financial Disclosure Report where they were consolidated in one entry on Part VII, Line 17 (Page 4 of 11).

The shares purchased in November 2010 are reported in the within 2010 Financial Disclosure Report in Part VII, Line 15 (Page 4 of 11). The shares purchased in 2008 and 2009 are re-reported in the within 2010 Financial Disclosure Report in Part VII, Line 14 (Page 4 of 11). (All of the shares purchased in 2008, 2009 and 2010 were retained through December 31, 2010 and reported in the within 2010 Financial Report as assets held at the end of 2010.)

In Part VII, Lines 17 through 22, Column B.(2) (Type of Income earned during the reporting period) in the 2009 Financial Disclosure Report (Pages 4 and 5 of 11) the type of income is mistakenly designated "Interest". However, it should read "Dividend" in each of those places. Similarly, in Part VII, Lines 30 and 31, Column B.(2) in the 2008 Financial Disclosure Report, "Interest" should read "Dividend".

5. Re Part VII, Line 16: The CITIBANK NA-NV *C* Certificate of Deposit reported in Part VII, Line 16 was bought on July 14, 2009. That purchase was reported in Part VII, Line 24 of the 2009 Financial Disclosure Report (Page 5 of 11). The Certificate of Deposit matured and was redeemed on July 22, 2010. That maturity is reported in Part VII, Line 16 of the within 2010 Financial Disclosure Report (Page 4 of 11). I inserted "(Y)" to indicate that this previously reportable asset is otherwise not reportable in 2010. While the asset remained above the asset value threshold in 2010, it was not owned at the end of the year 2010, and the asset never exceeded the income threshold.

6. Re Part VII, Line 19: The Merck & Company, Inc. Common Stock reported in Part VII, Line 19 was bought on July 8, 2009. That purchase was reported in Part VII, Line 31 of the 2009 Financial Disclosure Report (Page 5 of 11). All shares of the Common Stock were sold on April 23, 2010. That sale is reported in Part VII, Line 19 of the within 2010 Financial Disclosure Report (Page 5 of 11). I inserted a "(Y)" to indicate that this previously reportable asset is otherwise not reportable in 2010. While the asset remained above the asset value threshold in 2010, it was not owned at the end of the year 2010, and the asset did not exceed the income threshold in 2010.

7. Re Part VII, Line 30: The New York Community Bank-NY Certificate of Deposit reported in Part VII, Line 30 was bought on July 14, 2009. That purchase was reported in Part VII, Line 44 of the 2009 Financial Disclosure Report (Page 6 of 11). The Certificate of Deposit matured and was redeemed on January 22, 2010. That maturity is reported in Part VII, Line 30 of the within 2010 Financial Disclosure Report (Page 5 of 11). I inserted a "(Y)" to indicate that this previously reportable asset is otherwise not reportable in 2010. While the asset remained above the asset value threshold in 2010, it was not owned at the end of the year 2010, and the asset never exceeded the income threshold.

8. Re Part VII, Line 31: The Branch Banking and Trust Co. Certificate of Deposit reported in Part VII, Line 31 was bought on July 14, 2009. That purchase was reported in Part VII, Line 45 of the 2009 Financial Disclosure Report (Page 6 of 11). The Certificate of Deposit matured and was redeemed on April 22, 2010. That maturity is reported in Part VII, Line 31 of the within 2010 Financial Disclosure Report (Page 5 of 11). I inserted a "(Y)" to indicate that this previously reportable asset is otherwise not reportable in 2010. While the asset remained above the asset value threshold in 2010, it was not owned at the end of the year 2010, and the asset never exceeded the income threshold.

9. Re Part VII, Line 32: A Midfirst Bank-OK Certificiate of Deposit was purchased September 15, 2009 and reported in the 2009 Financial Disclosure Report in Part VII, Line 46 (Page 6 of 11). The Certificate of Deposit was callable, and was redeemed through a Full Call on December 23, 2009. This redemption was inadvertently omitted from the 2009 Financial Disclosure Report, which should have contained another line in Part VII. Column D.(1) (Type of transactions during reporting period) of this additional line should have read "Full Call". Column D.(2) (Date) should have read "12/23/09". Column D.(3) (Value Code) should have read "J". And Column D.(5) (Identity of buyer/seller (if private transaction)) should have read read "NA".

10. Re Part VII, Line 44: The abbreviation "LM" means Legg Mason. From October 1, 2009 to August 31, 2010 this Mutual Fund was designated "Legg Mason Clearbridge Appreciation Fund Class B". On September 1, 2010 the fund was redesignated "Legg Mason Clearbridge Appreciation Fund Class A". Prior to October 1, 2009, the fund was designated "Legg Mason Partner's Appreciation Fund Class B". (See Part VIII, Footnote 5 in the 2009 Financial Disclosure Report (Page 10 of 11).)

11. Re Part VII, Line 45: The abbreviation "LM" means Legg Mason. From October 1, 2009 to January 31, 2010 this Mutual Fund was designated "Legg Mason Clearbridge Capital and Income Fund Classs B". On February 1, 2010 the fund was redesignated "Legg Mason CBA Equity Income Builder Fund Class B". Prior to Ocober 1, 2009, the fund was designated "Legg Mason Partners Capital and Income Fund Class B". (See Part VIII. Footnote 6 in the 2009 Financial Disclosure Report (Page 10 of 11).)

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

12. Re Part VII, Line 51: In Part VII, Line 60 of the 2009 Financial Disclosure Report (Page 7 of 11), this Mutual Fund was designated "Van Kampen Equity & Income Class C". On May 28, 2010, the fund changed its name to "Invesco Van Kampen Equity & Income Fund Class C" and is reported in its new name in the within 2010 Financial Disclosure Report in Part VII, Line 51 (Page 6 of 11).

13. Re Part VII, Line 55: In Part VII, Line 66 of the 2009 Financial Disclosure Report (Page 7 of 11), this Mutual Fund was designated "Lord Abbett America's Value Fund Class C". On July 1, 2009, the fund changed its name to "Lord Abbett Capital Structure Fund Class C" and is reported in its new name in the within 2010 Financial Disclosure Report in Part VII, Line 55 (Page 7 of 11). On October 9, 2009 Lord Abbett Capital Structure Fund Class C was sold, but the 2009 Financial Disclosure Report inadvertently failed to reflect either the name change or the sale. Part VII, Line 66 of the 2009 Financial Disclosure Report should have read as follows: Column A. (Description of Assets): Lord Abbett Capital Structure Fund Class C - Mutual Fund; Column B.(2) (Type of Income during reporting period): None; Column D.(1) (Type of transaction): Sold; Column D.(2) (Date): 10/09/09; Column D.(3) (Value Code): J; and Column D.(5) (Identity of buyer/seller (if private transaction)): N/A.

14. Re Part VII, Lines 69, 70, 71, 72, 73 and 74: The abbreviation "AB" means Alliance Bernstein.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Knoll Gardner, James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544